**STATE of Missouri, Respondent,**

v.

**Phillip S. HUDSON, Jr., Appellant.**

**No. WD 68091.**

Missouri Court of Appeals, Western District.

Dec. 9, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 2009.

Frederick Joseph Ernst, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before: JOSEPH M. ELLIS, Presiding Judge, RONALD C. HOLLIGER, Judge and JOSEPH P. DANDURAND, Judge.

## *ORDER*

PER CURIAM:

Phillip Hudson appeals from his conviction by jury of one count of class B felony unlawful use of a weapon, § 571.030. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).